UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    MDL DOCKET NO. 875

PHYLLIS KRAUSE, as Personal Representative          Civil Action No. 2:09-cv-70657-ER
of the Estate of FREDRICK KRAUSE,
deceased.                                           *Transferred From:*
                                                    *U.S District Court for the Middle*
            Plaintiff,                              *District of Florida, Tampa Division*
                                                    *Civil Action No:*
                                                    *8:07-CV-1954-T-17TGW*

BORG WARNER CORPORATION, et al.,

            Defendants,
_____/

## STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY stipulated by the Plaintiff, PHYLLIS KRAUSE as Personal

Representative of the Estate of FREDRICK KRAUSE and Defendant, ELECTROLUX INC.,

that the Court enter a Final Order of Dismissal with Prejudice with regard to all claims asserted

by Plaintiffs against ELECTROLUX INC. Each party is to bear their own respective fees and

costs.

Henry Salas, Esq.                          David Jagolinzer, Esq.
Cole, Scott & Kissane, P.A.                The Ferraro Law Firm, P.A.
9150 S. Dadeland Blvd, Suite 1400          4000 Ponce De Leon Blvd., Suite 700
Miami, FL 33156                            Miami, Florida 33146
Tel:  305-350-5300                         Tel: 305-375-0111
Fax: 305-373-2294                          Fax: 305-379-6222
Email: Henry.Salas@csklegal.com            Email: daj@ferrarolaw.com
On behalf of Defendant                     On behalf of Plaintiffs
Electrolux Inc.


/s/ Henry Salas                            /s/ David Jagolinzer
Henry Salas, Esq.                          David Jagolinzer, Esq.
Florida Bar Number: 815268                 Florida Bar No.: 181153

## CERTIFICATE OF SERVICE

I hereby certify that on May $\underline{10^{\text{TH}}}$, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing of the foregoing to all parties.


By:    /s/ David Jagolinzer
            David Jagolinzer, Esq.
            Florida Bar No.:  181153